## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KIMBERLY M. GARDNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20-cv-00060-JAR |
| | ) |
| CHARLES A. LANE, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT/COUNTERCLAIMANT CHARLES A. LANE'S MOTION TO STRIKE PURSUANT TO RULE 12(F)

COMES NOW Defendant Charles A. Lane moves, pursuant to Rule 12(f), that this Court strike from Plaintiff Kimberly Gardner's January 13, 2020 Complaint (Doc. 1) paragraphs 6-9, 11, 22-99 and 101-105 for the reasons explained in his accompanying Memorandum in Support of this motion.

WHEREFORE, Defendant/Counterclaimant Lane requests that this Court grant this motion, enter an order striking paragraphs 6-9, 11, 22-99 and 101-105 from Plaintiff's Complaint, and provide him with such other relief as is just.

**BICK & KISTNER, P.C.**

By:/s/ Elkin L. Kistner
   Elkin L. Kistner        #35287MO
   101 South Hanley Road, Suite 1280
   St. Louis, Missouri 63105
   Telephone:  (314) 571-6823
   Facsimile:  (314) 727-9071
   E-mail: elkinkis@bick-kistner.com
   *Co-Counsel for Defendant/Counterclaimant*
   *Charles A. Lane*

PAUL MARTIN P.C.

*/s/ Paul Martin*
Paul Martin          #M34428
101 S. Hanley Road, Suite 1280
St. Louis, Missouri  63105
(314) 805-8800
(314) 727-9071 Fax
paul@paulmartinpc.com
*Co-Counsel for Defendant/Counterclaimant Charles A. Lane*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served this 5th day of February, 2020, via electronic mail through the Court's electronic filing system to all counsel of record:

Thomas E. Kennedy, III
tkennedy@kennedyhuntlaw.com

Jonathan S. Abady
jabady@ecbalaw.com

Roy L. Austin, Jr.
raustin@hwglaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Gardner*

/s/ Elkin L. Kistner