UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KIMBERLY M. GARDNER,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF ST. LOUIS; THE ST. LOUIS POLICE OFFICERS ASSOCIATION, FRATERNAL ORDER OF POLICE LODGE 68; JEFFREY ROORDA; GERARD CARMODY; PATRICK CARMODY; RYANN CARMODY; and CHARLES LANE,<br><br>                Defendants. | Civ. Action No. 4:20-cv-00060 |

**NOTICE OF PLAINTIFF'S ELECTION TO FILE AMENDED COMPLAINT AS OF RIGHT AND REQUEST TO HOLD DEFENDANTS' MOTION TO DISMISS IN ABEYANCE**

    Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff plans to amend her complaint as of right in response to the motion to dismiss filed by Defendants City of St. Louis, Gerard Carmody, Patrick Carmody, and Ryann Carmody. (ECF No. 34.)  Accordingly, Plaintiff will not be filing an opposition to the pending motion prior to amendment and requests that the Court hold that motion in abeyance.  *See Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002) (amendment of complaint renders motion to dismiss the original complaint moot).

    WHEREFORE, Plaintiff respectfully prays that this Court to grant the foregoing request and for such further and necessary relief as deemed appropriate.

Respectfully submitted,

 /s Roy L. Austin, Jr.
Roy L. Austin, Jr.*
Stephen W. Miller*
**HARRIS, WILTSHIRE & GRANNIS LLP**
1919 M Street, NW
The Eighth Floor
Washington, DC 20036
Phone: (202) 730-1300
Fax: (202) 730-1301
raustin@hwglaw.com
smiller@hwglaw.com

 /s Jonathan S. Abady
Jonathan S. Abady
Matthew D. Brinckerhoff
David Lebowitz
**EMERY CELLI BRINCKERHOFF & ABADY LLP**
600 Fifth Avenue, 10th Floor
New York, NY 10020
Phone: (212) 763-5000
Fax: (212) 763-5001
jabady@ecbalaw.com
mbrinckerhoff@ecbalaw.com
dlebowitz@ecbalaw.com

 /s Sarah Jane Hunt
Thomas E. Kennedy, III (Bar No. 46617 MO)
Sarah Jane Hunt (Bar No. 63899 MO)
MaryAnne Quill (Bar No. 71133 MO)
**KENNEDY HUNT, PC**
906 Olive St., Suite 200
St. Louis, MO 63101
Phone: (314) 872-9041
Fax:     (314) 872-9043
tkennedy@kennedyhuntlaw.com
sarahjane@kennedyhuntlaw.com
mquill@kennedyhuntlaw.com

***ATTORNEYS FOR PLAINTIFF***

Case: 4:20-cv-00060-JAR   Doc. #:  39   Filed: 02/26/20   Page: 3 of 4 PageID #: 218

## CERTIFICATE OF SERVICE

    I hereby certify that on February 26, 2020 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following attorneys of record:

Brent Dulle
Andrew D. Wheaton
Associate City Counselors
1200 Market Street, Room 314
St. Louis, Missouri 63103
314-622-4644
DulleB@stlouis-mo.gov
WheatonA@stlouis-mo.gov

ATTORNEYS FOR DEFENDANTS CITY AND GERARD, PATRICK, AND RYANN CARMONDY

Neil J. Bruntrager
Bruntrager & Billings, PC
225 S. Meramec Ave., Suite 1200
St. Louis, Missouri 63105
314-646-0066
njbatty@aol.com

Brian Milliken
Millikan Wright, LLC
12180 Old Big Bend Road
St. Louis, MO 63122
314-621-0622
bmillikan@millikanwright.com

ATTORNEYS FOR DEFENDANTS ROORDA AND SLPOA

Elkin Kistner
Bick & Kistner, PC
101 South Hanley Road, Suite 1280
St. Louis, Missouri 63105
314-571-6823
elkinkis@bick-kistner.com

Paul Martin
Paul Martin, PC
101 S. Hanley Road, Suite 1280
St. Louis, Missouri 63105
314-805-8800
paul@paulmartinpc.com

ATTORNEYS FOR DEFENDANT CHARLES LANE

                                                                       */s/ Sarah Jane Hunt*