# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KIMBERLY M. GARDNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20-cv-00060-JAR |
| | ) |
| CHARLES A. LANE, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT/COUNTERCLAIMANT CHARLES A. LANE'S MOTION TO STRIKE PURSUANT TO RULE 12(F)

COMES NOW Defendant Charles A. Lane moves, pursuant to Rule 12(f), that this Court strike from Plaintiff Kimberly Gardner's First Amended Complaint (Doc. 42 ) paragraphs 6-9, 11, 22-99 and 101-105 for the reasons explained in his accompanying Memorandum in Support of this motion.

WHEREFORE, Defendant/Counterclaimant Lane requests that this Court grant this motion, enter an order striking paragraphs 6-9, 11, 22-99 and 101-105 from Plaintiff's First Amended Complaint, and provide him with such other relief as is just.

**BICK & KISTNER, P.C.**

By:/s/ Elkin L. Kistner
    Elkin L. Kistner    #35287MO
    101 South Hanley Road, Suite 1280
    St. Louis, Missouri 63105
    Telephone:  (314) 571-6823
    Facsimile:  (314) 727-9071
    E-mail: elkinkis@bick-kistner.com
    *Co-Counsel for Defendant/Counterclaimant*
    *Charles A. Lane*

**PAUL MARTIN P.C.**

*/s/ Paul Martin*
Paul Martin           #M34428
101 S. Hanley Road, Suite 1280
St. Louis, Missouri  63105
(314) 805-8800
(314) 727-9071 Fax
paul@paulmartinpc.com
*Co-Counsel for Defendant/Counterclaimant
Charles A. Lane*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served this 13th day of March, 2020, via electronic mail through the Court's electronic filing system to all counsel of record:

Thomas E. Kennedy, III
tkennedy@kennedyhuntlaw.com

Jonathan S. Abady
jabady@ecbalaw.com

Roy L. Austin, Jr.
raustin@hwglaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Gardner*

/s/ Elkin L. Kistner