**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KIMBERLY M. GARDNER, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:20-CV-00060 JAR |
| CITY OF ST. LOUIS, et al., | ) |
| Defendants. | ) |

**JUDGMENT OF DISMISSAL**

Pursuant to the Memorandum and Order filed this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Amended Complaint is **DISMISSED without prejudice.**

Dated this 30th day of September, 2020.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**